JS 45 (11/2002)
## Criminal Case Cover Sheet — U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:16cr 139 |
| County/Parish: | Same Defendant: | New Defendant: Lindsay Kneff |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# | | | | |
|---|---|---|---|---|---|
| Defendant Name: Lindsay Kneff | | Alias Name(s): | | | |
| Address: ▮▮▮▮ Virginia Beach, VA 23454 | | | | | |
| Birth Date: ▮ 1980 | SS#: ▮ 8481 | Sex: F | Race: White | Nationality: U.S. | Place of Birth: |
| Height: 5'4" | Weight: 250 lbs. | Hair: Brown | Eyes: Green | | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | | |

### Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____. | |

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| AUSA: Alan M. Salsbury | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

U.S. Secret Service, 200 Granby Street, Suite , Norfolk, VA 23510, Agent O'Connell

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1-6 | Felony |
| Set 2 | 18 U.S.C. § 1341 | Mail Fraud | 7-12 | Felony |
| Set 3 | 18 U.S.C. § 500 | False Alteration of Postal Service Money Orders | 13 | Felony |
| Set 4 | 18 U.S.C. § 1957 | Engaging in Monetary Transactions in Criminally Derived Property | 14-16 | Felony |
| Set 5 | | | | |